IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ROGER BERNARD WILLIAMS,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner,**

    Defendant.

Civil Action No. 7:10-CV-89 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 16), entered on December 2, 2011. Judge Langstaff recommends that this Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g). No objection to the Recommendation has been filed. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted.

**SO ORDERED**, this the 22nd day of December, 2011.

                            */s/ Hugh Lawson*
                            **HUGH LAWSON, SENIOR JUDGE**