IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROGER BERNARD WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>     Defendant. | Civil Action No. 7:10-CV-89 (HL) |

ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 16), entered on December 2, 2011. Judge Langstaff recommends that this Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g). No objection to the Recommendation has been filed. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted.

**SO ORDERED**, this the 22nd day of December, 2011.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**